Honorable Judge Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE LINKS AT NORTHSHORE CONDOMINIUM OWNERS' ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 3:21-cv-05292-RAJ<br><br>STIPULATED MOTION AND ORDER TO DISMISS |

## **STIPULATION**

Plaintiff, The Links at Northshore Condominium Association (The Links) and Defendant Travelers Indemnity Company of America (Travelers), hereby stipulate and jointly move for an Order dismissing this case, including any and all claims against Travelers, with prejudice and without costs or fees to any party.

///

///

1  
2   DATED this 30th day of January 2023.

3                                                                LETHER LAW GROUP

4  
5   /s/ Thomas Lether
    Thomas Lether, WSBA # 18089
6   Eric J. Neal, WSBA # 31863
    Kevin J. Kay, WSBA # 34546
7   1848 Westlake Ave N., Suite 100
    Seattle, WA 98109
8   P: (206) 467-5444/F: (206) 467-5544
    tlether@letherlaw.com
9   eneal@letherlaw.com
    kkay@letherlaw.com
10  *Attorneys for Defendant The Travelers*
    *Indemnity Company of America*

11  
12                                                               STEIN, SUDWEEKS & STEIN, LLC

13  /s/ Cortney Feniello
    Daniel J. Stein, WSBA #48739
14  Justin D. Sudweeks, WSBA #28755
    Jerry H. Stein, WSBA #27721
15  Cortney M. Feniello, WSBA #57352
    16400 Southcenter Parkway, Suite 410
16  Tukwila, WA 98188
    dstein@condodefects.com
17  justin@condodefects.com
    jstein@condodefects.com
18  cfeniello@condodefects.com
    206-388-0660
19  *Attorneys for Plaintiff*

20  
21  
22  
23  

STIPULATION AND ORDER OF DISMISSAL – 2

**ORDER**

Based on the above stipulation, it is hereby ordered that any and all claims asserted by Plaintiff The Links at Northshore against Defendant Travelers Indemnity Company of America, are dismissed with prejudice, and each party to bear its own attorney fees and costs.

DATED this 30th day of January, 2023.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge